**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

THOMAS A. HODGES,

      Plaintiff,

v.                                    Case No. 3:03-cv-950-J-20HTS

WAL-MART STORES, INC.,

      Defendant.

_____

**O R D E R**

This cause is before the Court on Defendant Wal-Mart's Motion for Leave to Take Second Deposition of Plaintiff Thomas A. Hodges (Doc. #44; Motion), filed on June 20, 2005.  In the Motion, Defendant seeks leave to depose Plaintiff a second time.  *Id*. at 1, 5.  It is requested that the Court order such "deposition to take place on June 28, 2005, or as soon as practicable thereafter" in light of "time constraints presented by the impending trial[.]" *Id.* at 4.  The trial is currently set for the August 1, 2005, trial term.  Order (Doc. #33).  Accordingly, it is

    **ORDERED:**

Plaintiff shall file a response to the Motion on or before Friday, June 24, 2005.

    **DONE AND ORDERED** at Jacksonville, Florida, this 21st day of June, 2005.

                      **/s/**        Howard T. Snyder
                      HOWARD T. SNYDER
                      UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and *pro se* parties, if any