UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS A. HODGES,,
      Plaintiff,

v.                                    Case No.: 3:03-cv-950-J-20HTS

WAL-MART STORES, INC.,
      Defendant.
_____/

## O R D E R

The Court, having been advised that the case has been settled in its entirety, in the above-caption ed case, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED.** The Dismissal will be **WITHOUT PREJUDICE** for the first (30) days, during which time the parties may submit a stipulated form of final order should they so choose **or** provided good cause is shown, move to reopen the action. After the thirty day period, however, without further notice or order, this dismissal shall be deemed to be *with prejudice.* The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this _18t_ day of July, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Jay C. Floyd, Esq.
Gregory E. Blackwell, Esq.
John C. Taylor, Esq.

1